THIS OPINION HAS NO PRECEDENTIAL 
 VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donald L. Hartzell, Jr.,       
Appellant.
 
 
 

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2004-UP-136
Submitted December 23, 2003  Filed 
 February 27, 2004

AFFIRMED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, Senior Assistant Attorney General Norman M. Rapoport, of Columbia; 
 and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Affirmed 
 pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State 
 v. Avery, 333 S.C. 284, 296, 509 S.E.2d 476, 483 (1998) (holding when a 
 defendant fails to request a jury charge at trial, the defendant cannot argue 
 on appeal that the circuit court erred by failing to charge the jury); State 
 v. Pace, 337 S.C. 407, 411, 523 S.E.2d 466, 467 (Ct. App. 1999) (holding 
 where the circuit court gives the jury a curative or supplemental instruction, 
 [n]o issue is preserved for appellate review if the objecting party accepts 
 the judges ruling and does not contemporaneously make an additional objection 
 to the sufficiency of the curative charge or move for a mistrial); State 
 v. Chapman, 336 S.C. 149, 153, 519 S.E.2d 100, 102 (1999) (A homicide will 
 be excusable on the ground of accident when (1) the killing was unintentional, 
 (2) the defendant was acting lawfully, and (3) due care was exercised in the 
 handling of the weapon.).  
AFFIRMED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215, SCACR.